IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOSEPH PATRICK CULLIVAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **09-685-JPG-CJP** |
| | ) |
| **KANSAS CITY SOUTHERN** | ) |
| **RAILWAY COMPANY,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is defendant's Motion to Compel. **(Doc. 29)**. Plaintiff filed a response at **Doc. 33.**

Defendant served written discovery requests on January 20, 2010. Plaintiff did not file timely responses, which has resulted in a delay in taking plaintiff's deposition. In his response to the motion, plaintiff states that he answered the discovery requests without objection on April 19, 2010, after the Motion to compel had been filed.

The deadline for the completion of all discovery is June 8, 2010. Absent good cause, that deadline will not be extended.

For good cause shown, defendant's Motion to Compel is **GRANTED** in that plaintiff is ordered to appear for deposition on a mutually agreeable date no later than **May 7, 2010.** Plaintiff is hereby cautioned that further unjustified delays in discovery will result in sanctions, which may include monetary sanctions and/or dismissal of this case.

**IT IS SO ORDERED.**

DATE:  April 22, 2010.            s/ Clifford J. Proud
                                  CLIFFORD J. PROUD
                                  UNITED STATES MAGISTRATE JUDGE