UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JOSEPH PATRICK CULLIVAN,

      Plaintiff/Counter-/Defendant,

  v.

KANSAS CITY SOUTHERN
RAILWAY COMPANY,

      Defendant/Counter-Plaintiff.

Case No. 09-cv-685-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal (Doc. 36) with prejudice.  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows for dismissal without a court order by filing such a stipulation.

Accordingly, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: June 30, 2010**

                                                  s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**